167 So.2d 382

**STATE of Louisiana ex rel. Albert ZALES**

**v.**

**H. L. HANCHEY, Warden Louisiana State Penitentiary.**

**No. 47489.**

Sept. 30, 1964.

In re: Albert Zales applying for writ of habeas corpus.

Writ refused. The showing made in the application is insufficient to justify an exercise of our supervisory jurisdiction.

167 So.2d 382

**STATE of Louisiana**

**v.**

**James JONES.**

**No. 47491.**

Oct. 2, 1964.

In re: James Jones applying for writs of certiorari, prohibition and mandamus.

Writs refused. Applicant has an adequate remedy for review in the event of his conviction.